### JACKSON v. STATE.
### No. 25215.

Court of Criminal Appeals of Texas.
March 21, 1951.

Rehearing Denied May 2, 1951.

No attorney on appeal for appellant.

George P. Blackburn, State's Atty., Austin, for the State.

GRAVES, Presiding Judge.

The conviction is for unlawfully carrying a pistol. The penalty assessed is a fine of $100.

The complaint and information, as well as all other matters of procedure, appear to be in regular form. The record is before us without a statement of facts or bills of exception.

The judgment of the trial court will be affirmed.

### SCHUMANN v. STATE.
### No. 25273.

Court of Criminal Appeals of Texas.
April 18, 1951.

No attorney on appeal for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

MORRISON, Judge.

The offense is the driving while intoxicated upon a public road; the punishment, a fine of $50.00.

The record before us contains neither bills of exception nor a statement of facts. Nothing is presented for consideration.

The judgment of the trial court is affirmed.